## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**


**v.**                                                        **CASE NO: 8:20-cr-30-T-36TGW**

**EDWAR RODRIGUEZ**

_____

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate

Judge (Doc. 139), entered August 31, 2020, to which there has been no objection and

the 14 day objection period has expired, the plea of guilty of Defendant Rodriguez is now

accepted and Defendant Rodriguez is adjudged guilty of Count One of the Indictment.

**Sentencing is scheduled for December 3, 2020 at 11:00 AM before the**

**undersigned.**

**DONE and ORDERED** in Tampa, Florida this 18th day of September 2020.


*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge


Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services