**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren | Keshia M. Jones |
| Clerk of Court | Tampa Division Manager |

**DATE:** March 11, 2021

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA

v.  Case No.: 8:20-cr-30-CEH-TGW

EDWAR RODRIGUEZ

**U.S.C.A. Case No.:** 20-14681-JJ

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Charlene Edwards Honeywell, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from. Opinion was not entered orally.

- Court Reporter: Sharon Miller

ELIZABETH M. WARREN, CLERK

By:  s/C. Roberts, Deputy Clerk